WILLIAMS-DEXTER Co., INC., Respondent, *v.* DOWLAND REALTY CORPORATION, Appellant, Impleaded with Others.

(Submitted April 29, 1932; decided May 13, 1932.)

582

*Bernhard Steinman* and *Henry A. Uterhart* for appellant. *Almet R. Latson, Jr.*, and *William T. Condon* for respondent.

Order affirmed, with costs. First, second, third and fourth questions certified answered in the negative; fifth question answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.